UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- x

CAMSHAFT CAPITAL FUND LP, et al.,

        Plaintiffs,

        -against-

BYJU'S ALPHA, INC.,

        Defendants.

---------------------------------------------------------- x

1:24-mc-00171 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court will conduct a telephone status conference in this action on **April 30, 2024 at 2:00 p.m. Eastern Time**. The Parties should contact the Court at 1-888-363-4749 (Conference Code: 3768660) on the date and time specified above.

SO ORDERED.

Dated:   April 23, 2024
         New York, New York

                                              ANDREW L. CARTER, JR.
                                              United States District Judge