UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Subpoena Served on Apex Fund Services<br><br>CAMSHAFT CAPITAL FUND, LP;<br>CAMSHAFT CAPITAL ADVISORS, LLC; and CAMSHAFT CAPITAL MANAGEMENT, LLC,<br><br>        Applicants/Defendants,<br><br>v.<br><br>BYJU'S ALPHA, INC.,<br><br>        Respondent/Plaintiff. | Case No: 1:24-mc-171<br><br>(Arising from Case Nos. 24-10140 (JTD) and 24-50013 (JTD) in the United States Bankruptcy Court For the District of Delaware) |

### ORDER DENYING MOTION TO QUASH NON-PARTY SUBPOENA

The motion of Applicants CAMSHAFT CAPITAL FUND, LP; CAMSHAFT CAPITAL ADVISORS, LLC; and CAMSHAFT CAPITAL MANAGEMENT, LLC quashing Respondent's subpoena to non-party APEX FUND SERVICES dated April 4, 2024 in connection with Case Nos. 24-10140 (JTD) and 24-50013 (JTD) in the United States Bankruptcy Court For the District of Delaware in its entirety ("the Subpoena") is **DENIED** as moot in light of the Indiana Bankruptcy Court's April 25, 2024 decision denying the Motion to Quash. *See Camshaft Capital Management, LLC et al v. Apex Fund Services (Indiana) Inc.*, Case No. 1:24-cv-00713-JRS-MG (S.D. Ind.). Applicants' motion for a protective order is also **DENIED** as moot.

The Clerk of the Court is directed to close the open motions at ECF No. 1 and ECF No. 20. The status conference scheduled for April 30, 3024 is canceled. The Parties are directed to file a Joint Status Report by April 30, 2024 on the pendency of this action.

Dated: April 26, 2024

*Andrew L Carter*

United States District Judge
Hon. Andrew L. Carter, Jr.
