UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: Subpoena Served on Apex Fund Services<br><br>CAMSHAFT CAPITAL FUND, LP;<br>CAMSHAFT CAPITAL ADVISORS, LLC;<br>and CAMSHAFT CAPITAL MANAGEMENT, LLC,<br><br>        Applicants/Defendants,<br>  v.<br><br>BYJU'S ALPHA, INC.,<br><br>        Respondent/Plaintiff. | Case No: 1:24-mc-00171-ALC<br><br>(Arising from Case Nos. 24-10140 (JTD) and 24-500013 (JTD) in the United States Bankruptcy Court For the District of Delaware) |

## JOINT STATUS REPORT

Pursuant to the Court's April 29, 2024 Order, Dkt. 22, Respondent-Plaintiff-Debtor BYJU's Alpha, Inc. (the "Debtor")[1] and Camshaft respectfully submit this Joint Status Report on the pendency of the above-captioned miscellaneous proceeding (the "Case") commenced by Camshaft's motion to quash the Debtor's subpoena (the "Subpoena") issued to non-party Apex Fund Services (Indiana) Inc.

On April 29, 2024, this Court denied Camshaft's motion to quash the Subpoena (Dkt. 1) and Camshaft's motion for a protective order (Dkt. 20) as moot and directed the Clerk of the Court to close these two open motions. Dkt. 22. In light of the Court's April 29, 2024 Order, the parties respectfully request that the Court close the Case.

---

[1] The Debtor is the Respondent in this miscellaneous action and the Debtor-Plaintiff in the underlying proceeding pending against Applicants-Defendants (collectively, "Camshaft") as part of the Debtor's bankruptcy proceedings. *See BYJU's Alpha, Inc. v. Camshaft Cap. Fund, L*P, Case No. 24-50013 (JTD) (Bankr. D. Del.).

1

Dated: New York, New York
April 30, 2024

Respectfully Submitted,

  /s/ Benjamin I. Finestone
Benjamin I. Finestone

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani
Benjamin Finestone
Daniel Holzman
Jianjian Ye
51 Madison Avenue, 22nd Floor
New York, New York 10010
Tel.: (212) 849 7000
susheelkirpalani@quinnemanuel.com
benjaminfinestone@quinnemanuel.com
danielholzman@quinnemanuel.com
jianjianye@quinnemanuel.com

*Counsel for Debtor, BYJU's Alpha, Inc.*

/s/ Pieter Van Tol

**HOGAN LOVELLS US LLP**
390 Madison Avenue
New York, NY 10017
Phone: (212) 909-0661
Fax: (212) 918-3100
Pieter Van Tol
Elizabeth Carter
Arthur Herskowitz
pieter.vantol@hoganlovells.com
elizabeth.carter@hoganlovells.com
arthur.herskowitz@hoganlovells.com

*Counsel to Defendants Camshaft Capital Fund, LP, Camshaft Capital Advisors, LLC, and Camshaft Capital Management, LLC.*