UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
CAMSHAFT CAPITAL FUND LP, et al., :
:
                Plaintiffs, :
:
          -against- : **1:24-mc-00171 (ALC)**
:
BYJU'S ALPHA, INC., : **ORDER**
:
                Defendant. :
:
:
------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      On April 29, 2024, this Court denied Camshaft's motion to quash the Subpoena (ECF No. 1) and Camshaft's motion for a protective order (ECF No. 20) as moot and directed the Clerk of the Court to close these two open motions. (ECF No. 22). In light of the Court's April 29, 2024 Order, the Court hereby **GRANTS** the Parties' joint request to terminate this action. (ECF No. 23). The Clerk of the Court is respectfully requested to close this case.

**SO ORDERED.**

Dated:   May 1, 2024
             New York, New York

                                                        **ANDREW L. CARTER, JR.**
                                                         **United States District Judge**